IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAZEN F. SAID, | : | CIVIL NO. 1:CV-07-1028 |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Blewitt) |
| | : | |
| JANINE DONATE, *et al.*, | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court is a September 5, 2007 report of the magistrate judge to whom this matter was referred which recommends that the complaint be dismissed on the basis of Plaintiff's failure to timely file an amended complaint and for failure to comply with the July 30, 2007 order of this district court.  No objections to the report and recommendation have been filed.[1]

Upon consideration of the above and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The captioned action is dismissed for Plaintiff's failure to timely file an amended complaint and for failure to comply with the July 30, 2007 order of this district court.

3) The Clerk of Court shall close the file.

4) Any appeal from this order will be deemed frivolous and not taken in good faith.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  October 4, 2007.

---

[1] Objections to the report and recommendation were due no later than September 24, 2007.